IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO-MEI JIN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>BEN BRIDGE-JEWELERS, INC., a Washington Corporation,<br><br>        Defendant.[1] | 2:07-cv-1587-GEB-KJM<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

A status (pretrial scheduling) conference was held in this case on December 10, 2007. Lawrence Cagney appeared on behalf of Plaintiff; Robert Schnack and Anna Molander appeared on behalf of Defendant. After hearing and consultation with the parties, the Court makes the following Order.

DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 1 through 100 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed August 3, 2007, at 2 n.2 (indicating that if Plaintiff fails to set forth in the Joint Status

---

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

1  Report ["JSR"] a date by when the identities of any "Doe" defendants
2  are expected to be discovered, the claims against Doe defendants would
3  be deemed abandoned and a dismissal order would follow).
4       <u>MOTION FOR CLASS CERTIFICATION AND FURTHER STATUS CONFERENCE</u>
5            Plaintiff states in the JSR that "due process requires that
6  Plaintiff be permitted to conduct discovery concerning the requisite
7  elements of class certification and that Plaintiff be afforded 180
8  days within which to complete such discovery."  (JSR at 2.)  Any class
9  certification motion shall be filed so that it could be timely noticed
10 to be heard on July 14, 2008 at 9:00 a.m.  If no class certification
11 motion is filed, a status conference will be held on July 14, 2008 at
12 9:00 a.m.
13           IT IS SO ORDERED.
14 Dated:  December 21, 2007

16                              _____
                                GARLAND E. BURRELL, JR.
17                              United States District Judge

                                       2