1  Robert J. Schnack, SBN 191987
   E-mail: bob.schnack@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California  95814
   Telephone: 916.930.2500
4  Facsimile: 916.930.2501

5  Attorneys for Defendant BEN BRIDGE
   JEWELER, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| XIAO-MEI JIN, on behalf of herself and all other similarly situated, | Case No.: 2:07-CV-01587-GEB-KJM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| BEN BRIDGE-JEWELER, INC., a Washington Corporation, | |
| Defendants. | |

Defendant BEN BRIDGE JEWELER, INC. hereby substitutes JACKSON LEWIS LLP, 801 K Street, Suite 2300, Sacramento, California 95814, telephone number (916) 341-0404, as its attorneys of record, in the place of BULLIVANT HOUSER BAILEY PC, 1415 L Street, Suite 1000, Sacramento, California 95814, telephone number (916) 930-2500.

DATED:   January ___, 2008          BEN BRIDGE JEWELER, INC.

                                    By ____Jon Bridge_____
                                    Title:_____

///

– 1 –

SUBSTITUTION OF ATTORNEY

1  ABOVE SUBSTITUTION ACCEPTED.

2  DATED: _____    JACKSON LEWIS LLP

3

4
   By _____
5     Robert J. Schnack

6  I CONSENT TO THE ABOVE SUBSTITUTION.

7  DATED: _____    BULLIVANT HOUSER BAILEY PC

8

9  By _____
      Robert J. Schnack
10

11 SUBSTITUTION IS HEREBY APPROVED.

12
   DATED: January 24, 2008
13

14

15 _____
   GARLAND E. BURRELL, JR.
   United States District Judge
16 4275630.1