R. Duane Westrup (State Bar No. 58610)
Lawrence R. Cagney (State Bar No. 141845)
Jennifer L. Connor (State Bar No. 241480)
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, California 90802-4524
Telephone:  (562) 432-2551
Telecopier:  (562) 435-4856

Attorneys for Plaintiff XIAO-MEI JIN,
on behalf of herself and others similarly situated

Robert J. Schnack (State Bar No. 191987)
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 930-2500
Telecopier: (916) 930-2501

Attorneys for Defendant BEN BRIDGE-JEWELER, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO-MEI JIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEN BRIDGE-JEWELER, INC., a Washington Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:07-CV-01587-GEB-KJN<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; ORDER THEREON**<br><br><br>Complaint Filed: June 21, 2007<br><br>Trial Date: None Set |

-1-

Joint Stipulation To Continue Hearing And Briefing Schedule On
Plaintiff's Motion For Class Certification

## STIPULATION

WHEREAS, Plaintiff Xiao-Mei Jin ("Plaintiff") and Defendant Ben Bridge-Jeweler, Inc. ("Defendant") (collectively, "the parties") have scheduled to mediate the above-captioned action before the Honorable Richard M. Silver (Ret.), whose first available date for a full-day mediation is June 20, 2008;

WHEREAS, pursuant to the Court's Status (Pretrial Scheduling) Order, Docket Entry 9, "Any class certification motion shall be filed so that it could be timely noticed to be heard on July 14, 2008 at 9:00 a.m.  If no class certification motion is filed, a status conference will be held on July 14, 2008 at 9:00 a.m." Accordingly, the deadline for Plaintiff to file and serve her Motion For Class Certification is June 13, 2008;

WHEREAS, the parties are cooperatively exchanging information necessary to mediate, are devoting substantial resources to the mediation, and wish to exhaust the possibility of settlement prior to class certification briefing;

WHEREAS, the parties wish to minimize additional litigation expenses prior to mediation;

WHEREAS, the parties may need to conduct additional discovery prior to briefing on class certification, in the event that mediation is unsuccessful;

IT IS HEREBY STIPULATED that the deadline for Plaintiff to file and serve her Motion For Class Certification is continued ninety (90) days to September 18, 2008;

Case 2:07-cv-01587-GEB-KJM   Document 13   Filed 05/29/08   Page 3 of 3

IT IS HEREBY STIPULATED that the hearing on Plaintiff's Motion For Class Certification will be continued to October 20, 2008, or as soon thereafter as counsel may be heard by the Court; and

IT IS FURTHER HEREBY STIPULATED that the July 14, 2008 status conference hearing will remain on calendar.

Dated: May ___, 2008          WESTRUP KLICK, LLP

By:_____
    LAWRENCE R. CAGNEY
Attorneys for Xiao-Mei Jin and the putative plaintiff Class

Dated: May __, 2008           JACKSON LEWIS LLP

By:_____
    ROBERT J. SCHNACK
Attorneys for Defendant Ben Bridge-Jeweler, Inc.

## ORDER

On the stipulation of the parties, it is so ordered.

Dated: May 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-
Joint Stipulation To Continue Hearing And Briefing Schedule On Plaintiff's Motion For Class Certification