UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

XIAO-MEI JIN,                          )
                                       )      2:07-cv-01587-GEB-KJM
                Plaintiff,             )
                                       )
        v.                             )      ORDER
                                       )
BEN BRIDGE-JEWELER, INC., a            )
Washington Corporation,                )
                                       )
                Defendant.             )
_____)

        On September 3, 2008, Plaintiff filed an Ex Parte
Application for an order shortening time and for an immediate
decision on Plaintiff's request for a stay of this action.
Plaintiff states in the Application that Defendant will oppose
Plaintiff's request for a stay.  Since sufficient reason has not
been provided justifying the emergency ex parte relief Plaintiff
requests, the Application is denied.

        IT IS SO ORDERED.

Dated:  September 4, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge