JACKSON LEWIS LLP
CARY G. PALMER (Cal. Bar No. 186601)
ROBERT J. SCHNACK (Cal. Bar No. 191987)
NATHAN W. AUSTIN (Cal. Bar No. 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
BEN BRIDGE JEWELER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| XIAO-MEI JIN, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEN BRIDGE-JEWELER, INC., a Washington Corporation,<br><br>Defendant. | Case No. CIV.S-07-01587 GEB KJM<br><br>**STIPULATION TO CONTINUE DECEMBER 8, 2008 STATUS CONFERENCE**<br><br>Judge:      Hon. Garland E. Burrell, Jr.<br>Courtroom:  9<br>Date:       December 8, 2008<br>Time:       9:00 a.m.<br><br>Complaint Filed:  June 21, 2007<br>Trial Date:       None Set |

WHEREAS, Plaintiff's motion for class certification has been briefed, argued, and submitted by the parties to the Court, and said motion is currently pending ruling by the Court;

WHEREAS, Plaintiff and Defendant each agree the Court's ruling on the motion for class certification will directly impact and affect the nature and extent of further proceedings in this action; and

WHEREAS, Plaintiff and Defendant each wish to minimize additional litigation expenses prior to the Court's ruling on the motion for class certification;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, and they hereby jointly request, that the status conference currently set for December 8, 2008 be taken off calendar

1

and continued to approximately 30 days after the Court renders its ruling on the motion for class certification and that Plaintiff and Defendant be relieved from filing a joint status report until after such status conference is held.

Date: November ___, 2008          WESTRUP KLICK, LLP


                                  By:_____
                                        R. DUANE WESTRUP
                                        LAWRENCE R. CAGNEY

                                        Attorneys for Plaintiff
                                        XIAO-MEI JIN

Date: November ___, 2008          JACKSON LEWIS LLP


                                  By:_____
                                        CARY G. PALMER
                                        ROBERT J. SCHNACK

                                        Attorneys for Defendant
                                        BEN BRIDGE JEWELER, INC.


   Based on the foregoing stipulation, and finding good cause therefore,

   IT IS HEREBY ORDERED the status conference currently set for December 8, 2008 is rescheduled for February 2, 2009, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

Date: 11/19/08

                                  _____
                                  Hon. Garland E. Burrell, Jr.
                                  Judge of the United States District Court
                                  Eastern District of California

H:\B\Ben Bridge Jewelers, Inc\Jin (120334)\Pleadings\Stipulation to Continue Status Conference.doc

2